## UTAH PHARMACEUTICAL ASSOCIATION *v.* UNITED STATES.

No. 277.   Decided October 15, 1962.

*Arthur B. Hanson* and *Emmett E. Tucker, Jr.* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## DAVIDSON *v.* LaVALLEE, WARDEN.

No. 446, Misc.   Decided October 15, 1962.

*Jacques M. Schiffer* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.